**No. P66/204.**—Soderhamn Machine Manufacturing Co. *v.* United States, protests 62/5891, etc. (Portland, Oreg.).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Cambio Debarkers and parts thereof similar in all material respects to those the subject of *Soderhamn Machine Mfg. Co.* v. *United States* (54 Cust. Ct. 369, Abstract 69205), the claim of the plaintiff was sustained.

### Before the First Division, August 24, 1966

**No. P66/205.**—Polk's Model Craft Hobbies, Inc. *v.* United States, protests 58/910(B) and 58/10638(A) (New York).

Oliver, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.

### Before the Second Division, August 24, 1966

**No. P66/206.**—Ercona Corp. *v.* United States, protest 60/1435 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of echo sounders similar in all material respects to those the subject of *Kelvin & Hughes America Corp.* v. *United States* (53 Cust. Ct. 21, C.D. 2468), the claim of the plaintiff was sustained.